UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 25-277 |
| | : | |
| DERMAINE SCOTT | : | NOTICE OF APPEARANCE |
| | : | |

PLEASE TAKE NOTICE that Alina Habba, Attorney for the United States, by Desiree L. Grace, Assistant United States Attorney (desiree.grace@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

ALINA HABBA
United States Attorney

By: Desiree L. Grace
Assistant U.S. Attorney

Dated: May 20, 2025